SANFORD M. HUNT, RESPONDENT, *v.* JEREMIAH MITCHELL AND CHARLES BAILEY, APPELLANTS.

*Promissory note — alteration of — when immaterial.*

APPEAL from a judgment entered on the verdict of a jury, and from an order denying motion for a new trial.

In this case the court were of opinion that an alteration in a promissory note, which it was claimed invalidated it, was not a material one, but, that if it were, an admission in the answer that the defendants accepted the altered note, put the fact of the alteration out of the issue. That upon the merits there was a conflict of evidence and no sufficient reason to set aside the verdict.

*Burrows & Palmer*, for the appellants.

*Link & Dennison*, for the respondent.

Opinion by GILBERT, J.

Judgment and order denying new trial affirmed.

---

WILLIAM A. YORKS, RESPONDENT, *v.* HOWELL MOSHER, APPELLANT.

" THIS case presents and depends upon a single question of fact." " The question was for the referee on the facts, and his finding cannot, I think, be disturbed."

*H. L. Comstock*, for the appellant.

*E. A. Nash*, for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.